185

No. 67374.—Universal Builders Supply Co., Inc. v. United States, protests 323840–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67375.—J. M. Altieri v. United States, protest 60/2359 (San Juan).

Opinion by LAWRENCE, J.   In accordance with oral stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 67376.—Laral Trading Corp. v. United States, protest 213365–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon monofilament fishing lines the same in all material respects as those the subject of *J. M. P. R. Trading Corp. et al.* v. *United States* (43 CCPA 1, C.A.D. 600), the claim of the plaintiff was sustained.